# MICHAEL J. LISTON
ATTORNEY AT LAW
2 PARK PLAZA, SUITE 610
BOSTON, MASSACHUSETTS 02116

TEL: (617) 426-2281 − FAX: (617) 426-2448
Email: m.liston@verizon.net

June 7, 2005

Hon. Robert B. Collings
United States Magistrate
Suite 6420
United States Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:  *United States v. Brandon Delgado*, 05-M-00406 – RBC

Dear Judge Collings:

    I am expressly authorized by my client, the defendant Brandon Delgado, to withdraw any request that his mother, Elizabeth Viera, serve as a supervising designee pursuant to 18 U.S.C. § 3142(c)(B)(i). I am further authorized to state that the defendant will not at this time contest detention, but I request on his behalf that any order of detention be without prejudice.

                                    Very truly yours,

                                    s/ Michael J. Liston
                                  Michael J. Liston

MJL