UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
                                    )
        v.                          ) CRIMINAL NO.
                                    ) 05- M - 0406− RBC
BRANDON DELGADO                     )
                                    )
_____)

**DEFENDANT BRANDON DELGADO'S MOTION FOR THE SCHEULING OF A DETENTION HEARING**

The defendant Brandon Delgado ("Delgado") is presently under an order of detention that was entered without prejudice. Pretrial Services has interviewed a proposed custodial supervisor, Ms. Ann Kelley, pursuant to 18 U.S.C. § 3142(c)(B)(i). Pretrial Services has informed counsel for Delgado that Ms. Kelley would be an appropriate custodial supervisor if the court were to release Delgado on conditions. Delgado requests that the court schedule a hearing to determine if there are conditions under which he could be released pending trial

                                    By his attorneys,

                                    s/ Michael J. Liston
                                    _____
                                    Michael J. Liston BBO# 301760
                                    2 Park Plaza, Suite 610
                                    Boston, MA  02118
                                    (617) 426-2281

July 8, 2005

1